# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JOERNS WOUNDCO HOLDINGS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-11401 (JTD) <br><br> Joint Administration Requested <br><br> Re: Docket No. 17 ___ |

**ORDER (I) SCHEDULING, AND SHORTENING NOTICE OF, A COMBINED HEARING ON (A) ADEQUACY OF DISCLOSURE STATEMENT AND (B) CONFIRMATION OF PREPACKAGED PLAN, (II) APPROVING FORM AND MANNER OF NOTICE OF (A) COMBINED HEARING AND (B) COMMENCEMENT OF CHAPTER 11 CASES, (III) ESTABLISHING PROCEDURES FOR OBJECTING TO (A) DISCLOSURE STATEMENT OR (B) PREPACKAGED PLAN, (IV) APPROVING PREPETITION SOLICITATION PROCEDURES, (V) CONDITIONALLY DIRECTING THE UNITED STATES TRUSTEE NOT TO CONVENE A SECTION 341 MEETING OF CREDITORS, (VI) CONDITIONALLY EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENTS, <u>AND (VII) GRANTING RELATED RELIEF</u>**

Upon the motion (the "**Motion**")[2] of the Debtors, pursuant to sections 105, 341, 521 1125, 1126 and 1128 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2002, 3003, 3017, 3018, 3020 and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2002-1, 3017-1 and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**") for entry of an order (this "**Scheduling Order**") (i) scheduling, and shortening notice of, a combined hearing (as it may be adjourned from time to time the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Joerns WoundCo Holdings, Inc. (3555); Dynamic Medical Systems, LLC (6816); Global Medical, LLC (0696); Joerns LLC (3625); Joerns Healthcare, LLC (1510); Joerns Healthcare Mexico Holdings I LLC (2869); Joerns Healthcare Mexico Holdings II LLC (2942); Joerns Healthcare Parent LLC (2727); Joerns Services LLC (3441); RecoverCare, LLC (1634); RCJH Cambridge Technologies, LLC (5541); RCJH Merger Sub I, LLC (3709); and Scott Technology, LLC (8047). The address of the Debtors' corporate headquarters is 2430 Whitehall Park Drive, Suite 100, Charlotte, NC 28273.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or in the Prepackaged Plan, as applicable.

1

"**Combined Hearing**") on (a) the adequacy of the Disclosure Statement and (b) confirmation of such Prepackaged Plan, (ii) approving the form and manner of notice (the "**Combined Notice**") of (a) the Combined Hearing and (b) commencement of these Chapter 11 Cases, (iii) establishing the procedures for objecting (a) to the adequacy of the Disclosure Statement or (b) to confirmation of the Prepackaged Plan, (iv) approving the solicitation, balloting, and tabulation procedures described in the Motion (the "**Solicitation Procedures**"), (v) conditionally directing the U.S. Trustee not to convene the Section 341(a) Meeting, (vi) conditionally extending the date by which the Debtors must file their Schedules and Statements, and (vii) granting related relief; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized and empowered to take all actions necessary to implement and effectuate the relief granted in this Scheduling Order.

3. The Combined Hearing to consider the adequacy of the Disclosure Statement, final approval of the Solicitation Procedures, and confirmation of the Prepackaged Plan is hereby scheduled to be held before the Honorable John T. Dorsey, the United States Bankruptcy Judge, in courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5 Floor, Wilmington, Delaware, on July 25, 2019 at 10:00am (prevailing Eastern Time). The Combined Hearing may be continued from time to time by the Court without further notice other than an announcement of the adjourned date or dates in open court at the Combined Hearing (or adjournment thereof) or by filing the agenda for such hearing.

4. The schedule of events set forth below relating to confirmation of the Prepackaged Plan is hereby approved in its entirety, and the Court hereby finds the following schedule of events is consistent with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules:

| Event | Date |
|---|---|
| Voting Record Date | June 18, 2019 |
| Distribution of Solicitation Packages | June 21, 2019 |
| Combined Notice Mailing Date | Three (3) business days after entry of the Scheduling Order or as soon as practicable thereafter |
| Plan Supplement Filing Date | July 8, 2019 |
| Voting Deadline | July 15, 2019, at 5:00 p.m. (prevailing Eastern Time) |
| Plan / Disclosure Statement Objection Deadline | July 18, 2019, seven (7) days prior to the Combined Hearing, at 5:00 p.m. (prevailing Eastern Time) |
| Reply Deadline | July 22, 2019, three (3) days prior to the Combined Hearing |
| Combined Hearing | July 25, 2019 |
| Section 341(a) Meeting | If Prepackaged Plan is not confirmed, |

|  | promptly following Combined Hearing and on no less than 21 days' notice; if Prepackaged Plan is confirmed, there will be no Section 341(a) Meeting |
|---|---|
| Schedules and Statements Deadline | If Prepackaged Plan is not confirmed, 45 days after Combined Hearing (without prejudice to request further extension); if Prepackaged Plan is confirmed, requirement is excused |

5. Any objections to the approval of the Disclosure Statement, adequacy of the Disclosure Statement, or confirmation of the Prepackaged Plan must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, together with proof of service thereof, and served by personal service or by overnight delivery, so as to be actually received no later than **5:00 p.m. (prevailing Eastern time) on July 18, 2019 (the "Plan / Disclosure Statement Objection Deadline")** by: (i) the Debtors, 2430 Whitehall Park Dr., Suite 100, Charlotte, NC 28273, Attn: Lisa Gilpin, General Counsel and John Regan, Chief Financial Officer; (ii) proposed counsel for Debtors and Debtors in Possession, (a) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Philip M. Abelson, Esq. and David M. Turetsky, Esq., and (b) Fox Rothschild LLP, 919 N. Market St., Suite 300, Wilmington, DE 19899, Attn: Jeffrey M. Schlerf, Esq. and Courtney Emerson, Esq.; (iii) counsel to the First Lien Agent, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Joel Moss Esq. and Sara Coelho, Esq.(iv) First Lien Steering Committee, King & Spalding LLP, 1185 Avenue of the Americas, 34 Floor, New York, NY 10036, Attn: W. Austin Powers, Esq., Christopher G. Boies, Esq., and Michael R. Handler, Esq.; (v) counsel to PineBridge, Proskauer Rose LLP, 1 International Place, Boston, MA 02110, Attn: Stephen Boyko, Esq. and Charles A. Dale, Esq., (vi) counsel to Cetus Capital, Wachtell Lipton Rosen & Katz, 51 West 52nd Street, New York, NY 10019, Attn: Michael D. Benn, Esq, (vii) the Office of the United States Trustee,

4

844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jaclyn Weissgerber, Esq.; and (viii) any party that has requested notice pursuant to Bankruptcy Rule 2002.

6. In addition, any objections to the Disclosure Statement or confirmation of the Prepackaged Plan must:

(a) be in writing;
(b) comply with the Bankruptcy Rules, the Local Bankruptcy Rules, Chambers' procedures, and orders of the Court;
(c) state the name and address of the objecting party and the nature and amount of any claim or interest asserted by the objecting party against the estate or property of the Debtors; and
(d) state with particularity the legal and factual basis for such objection, and if practicable, a proposed modification to the Prepackaged Plan or Disclosure Statement.

7. Any objections not timely filed and served in the manner set forth in this Scheduling Order may not be considered and may be overruled.

8. The Debtors shall file their brief in support of confirmation of the Prepackaged Plan and their reply to any objections thereto **no later than three (3) days prior to the Combined Hearing.**

9. The form of Combined Notice in substantially the form attached as Exhibit B to the Motion is approved. The Solicitation Agent shall begin to mail or cause to be mailed a copy of the Combined Notice, **no later than three (3) business days after entry of this Scheduling Order** upon all of the Debtors' known creditors and Interest holders of record as of June 18, 2019.

10. The Debtors shall publish the Publication Notice, in substantially the form attached as Exhibit D to the Motion, in *USA Today* or another nationally circulated newspaper as soon as reasonably practicable after entry of this Scheduling Order.

AMERICAS 100191277

11. Substantially contemporaneously with the service of the Combined Notice, the Debtors shall cause to be posted to the website hosted by the Solicitation Agent various chapter 11-related documents, including, among others, the following: (a) the Prepackaged Plan; (b) the Disclosure Statement and all exhibits attached thereto; (c) the Motion and this Scheduling Order; and (d) the Combined Notice. The website address is: https://dm.epiq11.com/case/joerns.

12. The notice procedures set forth above constitute good and sufficient notice of the Combined Hearing and the commencement of the Chapter 11 Cases, and the deadline and procedures for objecting to the adequacy of the Disclosure Statement and confirmation of the Prepackaged Plan, and no other or further notice shall be necessary.

13. Subject to entry of the Confirmation Order, the Solicitation Procedures, including the procedures utilized by the Debtors for distribution of the Solicitation Package, the Ballots attached to the Motion as Exhibits C-1 and C-2, and the vote tabulation procedures described in the Motion, satisfy the requirements of the Bankruptcy Code and are approved.

14. June 18, 2019 shall be the record date for purposes of determining which creditors and equity holders are entitled to vote on the Prepackaged Plan.

15. To the extent that section 1125(b) of the Bankruptcy Code requires the Debtors' prepetition solicitation of acceptances for the Prepackaged Plan to be pursuant to an approved disclosure statement in order to continue on a post-petition basis, the Court conditionally approves the Disclosure Statement as having adequate information as required by section 1125 of the Bankruptcy Code without prejudice to any party in interest (with standing to object) objecting to the Disclosure Statement at the Combined Hearing.

16. Any provision of Bankruptcy Rule 3017(d) requiring the Debtors to distribute the Disclosure Statement and the Prepackaged Plan to parties not entitled to vote, whether because

they are unimpaired or because they are deemed to reject the Prepackaged Plan, or any parties in interest other than as prescribed in this Scheduling Order, shall be waived.

17. The U.S. Trustee shall not be required to convene a meeting of creditors pursuant to section 341(a) of the Bankruptcy Code if the Prepackaged Plan is confirmed at the Combined Hearing (or promptly thereafter). In the event the Prepackaged Plan is not confirmed at the Combined Hearing (or promptly thereafter), the U.S. Trustee shall promptly schedule a meeting of creditors pursuant to section 341(a) of the Bankruptcy Code on no less than 21 days' notice.

18. The requirement that the Debtors file their Schedules and Statements is extended for so long as the Debtors are pursuing the Prepackaged Plan and shall be permanently excused upon the date of confirmation of the Prepackaged Plan, *provided, however*, that in the event the Prepackaged Plan is not confirmed at the Combined Hearing (or promptly thereafter), the time by which the Debtors must file the Schedules and Statements shall be further extended to 45 days after the Combined Hearing, without prejudice to the Debtors' rights to request further extensions thereof.

19. Nothing contained in the Motion or this Scheduling Order or any payment made pursuant to the authority granted by this Scheduling Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors, (ii) an agreement or obligation to pay any claims, (iii) an admission as to the validity of any liens satisfied pursuant to this Motion, (iv) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, or (v) an approval or assumption of any agreement, contract, program, policy, or lead under section 365 of the Bankruptcy Code.

20. This Court shall retain jurisdiction with respect to all matters arising from or related to the enforcement of this Scheduling Order.

AMERICAS 100191277

Dated: June 26, 2019
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

8