# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOERNS WOUNDCO HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11401 (JTD)<br><br>Jointly Administered |

## DECLARATION OF JANE SULLIVAN OF EPIQ CORPORATE RESTRUCTURING, LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE JOINT PREPACKAGED CHAPTER 11 PLAN OF JOERNS WOUNDCO HOLDINGS, INC. AND ITS AFFILIATED DEBTORS

I, Jane Sullivan, under penalty of perjury, declare as follows:

1. I am Executive Vice President at Epiq Corporate Restructuring, LLC ("**Epiq**"). I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and its Affiliated Debtors*, dated June 21, 2019 [D.I. 20] (as may be amended, supplemented, or modified from time to time, the "**Plan**"). Except as otherwise noted, all facts set forth herein are based on my personal knowledge or knowledge that I acquired from individuals under my supervision, and/or my review of the relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called to testify, I could and would testify competently as to the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Joerns WoundCo Holdings, Inc. (3555); Dynamic Medical Systems, LLC (6816); Global Medical, LLC (0696); Joerns LLC (3625); Joerns Healthcare, LLC (1510); Joerns Healthcare Mexico Holdings I LLC (2869); Joerns Healthcare Mexico Holdings II LLC (2942); Joerns Healthcare Parent LLC (2727); Joerns Services LLC (3441); RecoverCare, LLC (1634); RCJH Cambridge Technologies, LLC (5541); RCJH Merger Sub I, LLC (3709); and Scott Technology, LLC (8047). The address of the Debtors' corporate headquarters is 2430 Whitehall Park Drive, Suite 100, Charlotte, NC 28273.

3. Prior to the filing of these chapter 11 cases, Joerns WoundCo Holdings, Inc. and certain of its affiliates, (collectively, the "**Debtors**") designated Epiq as their solicitation agent to assist the Debtors with, among other things, (i) the balloting process and service of solicitation materials to parties entitled to vote to accept or reject the Plan, and (ii) the tabulation of votes cast with respect to the Plan. Epiq and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans, including without limitation, prepackaged chapter 11 plans. This Court approved the Debtors' retention of Epiq as their claims and noticing agent by the *Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date*, dated June 26, 2019 [D.I. 54] (the "**Retention Order**"). The Retention Order authorizes Epiq to assist the Debtors with notices and other documents deemed necessary for an orderly administration of the Chapter 11 Cases.[2]

**Service and Transmittal of Solicitation Packages and Tabulation Process**

4. The procedures adhered to by Epiq for the solicitation and tabulation of votes are outlined in the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and its Affiliated Debtors* [D.I. 18] (the "**Disclosure Statement**") and the ballots distributed to parties entitled to vote on the Plan (which were attached as Exhibits 6 and 7 of Epiq's Solicitation Affidavit (defined below)) (collectively, the "**Solicitation Procedures**"). I supervised the solicitation and tabulation performed by Epiq's employees.

5. The Debtors established June 18, 2019 as the record date (the "**Voting Record Date**") for determining which creditors were entitled to vote on the Plan. Pursuant to the

---

[2] The Debtors are also seeking to retain Epiq as an administrative advisor pursuant to the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor to the Debtors Nunc Pro Tunc to the Petition Date* [D.I. 88]. The proposed retention order seeks *nunc pro tunc* retention and will authorize Epiq to assist the Debtors with, among other things, the service of solicitation, balloting, and tabulation of votes in support of confirmation of a chapter 11 plan. This proposed retention is scheduled to be heard on July 25, 2019.

Plan and the Solicitation Procedures, only holders with a claim in the following classes as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "**Voting Classes**"):

| Plan Class | Class Description |
|---|---|
| 3 | First Lien Claims |
| 4 | Second Lien Claims |

No other classes were entitled to vote on the Plan.

6. Epiq worked closely with the Debtors and its advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders in accordance with the Solicitation Procedures. A detailed description of Epiq's distribution of solicitation materials is set forth in the *Affidavit of Service of Solicitation Materials*, which was filed with the Court on July 10, 2019 [D.I. 97] (the "**Solicitation Affidavit**").

7. In accordance with the Solicitation Procedures, Epiq reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot was processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Epiq via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Epiq by 5:00 p.m. (Eastern Time) on July 15, 2019 (the "**Voting Deadline**").

8. All valid ballots cast by holders entitled to vote in the Voting Classes and received by Epiq on or before the Voting Deadline were tabulated in accordance with the Solicitation Procedures.

9. The final tabulation of votes cast by timely and properly completed ballots received by Epiq is attached hereto as **Exhibit A**.

To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and final tabulation of ballots in connection with the Plan is true and correct.

Dated: July 18, 2019

/s/ Jane Sullivan
Jane Sullivan
Executive Vice President
Epiq Corporate Restructuring, LLC

# **Exhibit A**

Case 19-11401-JTD    Doc 118    Filed 07/18/19    Page 5 of 6

**Joerns WoundCo Holdings, Inc.,** *et al.*
**Exhibit A – Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Results |
|---|---|---|---|---|---|---|
| 3 | First Lien Claims | 63<br>100% | 0<br>0% | $262,844,368.61<br>100% | $0.00<br>0% | Accept |
| 4 | Second Lien Claims | 11<br>100% | 0<br>0% | $120,491,671.18<br>100% | $0.00<br>0% | Accept |