# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOERNS WOUNDCO HOLDINGS, INC., *et al.*, | Case No. 19-11401 (JTD) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON JULY 25, 2019 AT 10:00 A.M. (EASTERN TIME)[2], BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

## I.    CERTIFICATIONS OF COUNSEL

1. Motion of the Debtors For Interim and Final Orders: (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Waiving Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions [D.I. 6; 6/25/2019]

    **Related Pleadings**:

    A. Order (INTERIM) (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Waiving Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions [D.I. 64; 6/26/2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Joerns WoundCo Holdings, Inc. (3555); Dynamic Medical Systems, LLC (6816); Global Medical, LLC (0696); Joerns LLC (3625); Joerns Healthcare, LLC (1510); Joerns Healthcare Mexico Holdings I LLC (2869); Joerns Healthcare Mexico Holdings II LLC (2942); Joerns Healthcare Parent LLC (2727); Joerns Services LLC (3441); RecoverCare, LLC (1634); RCJH Cambridge Technologies, LLC (5541); RCJH Merger Sub I, LLC (3709);  and Scott Technology, LLC (8047).  The address of the Debtors' corporate headquarters is 2430 Whitehall Park Drive, Suite 100, Charlotte, NC 28273.

[2] Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one business day before the hearing.

ACTIVE 39985508v1 07/23/2019

    B.        Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C.        Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D.        Certification of Counsel Regarding Final Order (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Waiving Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions [D.I. 133; 7/19/2019]

**Objection Deadline**: July 18, 2019 at 5:00 p.m.

**Responses Received**: Informal comments received from the United States Trustee.

**Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

2. Motion of the Debtors for an Interim and Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Assessments and Related Obligations [D.I. 9; 6/25/2019]

    **Related Pleadings**:

    A.        Order (INTERIM) Authorizing the Debtors to Pay Certain Prepetition Taxes and Assessments and Related Obligations [D.I. 58; 6/26/2019]

    B.        Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C.        Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D.        Certification of Counsel Regarding Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Assessments and Related Obligations Pursuant to 11 U.S.C. §§ 105(a), 363 (b), 507(a), 541, 1107(a), 1108 and FED. R. BANKR. P. 6003 and 6004 [D.I. 122; 7/19/2019]

    E.        Amended Certification of Counsel Regarding Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Assessments and Related Obligations Pursuant to 11 U.S.C. §§ 105(a), 363 (b), 507(a), 541, 1107(a), 1108 and FED. R. BANKR. P. 6003 and 6004 [D.I. 127; 7/19/2019]

        **Objection Deadline**: July 18, 2019 at 5:00 p.m.

        **Responses Received**: Informal comments received from the United States Trustee.

        **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

3. Motion of the Debtors for an Interim and Final Order: (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections by Utility Providers; and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services [D.I. 10; 6/25/2019]

    **Related Pleadings**:

    A. Order (INTERIM) (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections by Utility Providers; and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services [D.I. 62; 6/26/2019]

    B. Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C. Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D. Certification of Counsel Regarding Final Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections by Utility Providers; and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services [D.I. 131; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**: Informal comments received from the United States Trustee.

    **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

4.     Motion of the Debtors for an Interim and Final Order Authorizing the Debtors to: (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder; (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies and Insurance Premium Financing Agreements; and (III) Continue to Honor Premium Financing Obligations [D.I. 11; 6/25/2019]

    **Related Pleadings**:

    A.     Order (INTERIM) Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder; (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies and Insurance Premium Financing Agreements; and (III) Continue to Honor Premium Financing Obligations [D.I. 57; 6/26/2019]

    B.     Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C.     Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D.     Certification of Counsel Regarding Final Order Authorizing, but not Directing, the Debtors to: (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder; (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies and Insurance Premium Financing Agreements; and (III) Continue to Honor Premium Financing Obligations [D.I. 121; 7/19/2019]

    E.     Amended Certification of Counsel Regarding Final Order Authorizing, but not Directing, the Debtors to: (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder; (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies and Insurance Premium Financing Agreements; and (III) Continue to Honor Premium Financing Obligations [D.I. 126; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**: Informal comments received from the United States Trustee.

    **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

5.     Motion of the Debtors for Interim and Final Orders Authorizing Certain Procedures to Maintain and Protect the Confidentiality of Protected Health Information as Required by Applicable Privacy Rules [D.I. 12; 6/25/2019]

**Related Pleadings**:

    A.    Order (INTERIM) Authorizing Certain Procedures to Maintain and Protect the Confidentiality of Protected Health Information as Required by Applicable Privacy Rules [D.I. 59; 6/26/2019]

    B.    Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C.    Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D.    Certification of Counsel Regarding Final Order Authorizing Certain Procedures to Maintain and Protect the Confidentiality of Protected Health Information as Required by Applicable Privacy Rules [D.I. 123; 7/19/2019]

    E.    Amended Certification of Counsel Regarding Final Order Authorizing Certain Procedures to Maintain and Protect the Confidentiality of Protected Health Information as Required by Applicable Privacy Rules [D.I. 128; 7/19/2019]

**Objection Deadline**: July 18, 2019 at 5:00 p.m.

**Responses Received**: No responses received.

    **Status**:    A revised Proposed Order with minor clean up changes has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

6.    Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs [D.I. 13; 6/25/2019]

**Related Pleadings**:

    A.    Order (INTERIM) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs [D.I. 63; 6/26/2019]

    B.    Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C.    Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D.    Certification of Counsel Regarding Final Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs [D.I. 132; 7/19/2019]

**Objection Deadline**: July 18, 2019 at 5:00 p.m.

**Responses Received**: Informal comments received from the United States Trustee.

**Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

7.    Motion of the Debtors for Interim and Final Orders to: (I) Authorize the Debtors to Pay Prepetition Wages and Compensation; (II) Authorize the Debtors to Continue Certain Employee Incentive and Expense Programs; (III) Authorize the Debtors to Continue Certain Health and Insurance Benefit Programs; (IV) Direct All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (V) Grant Other Related Relief [D.I. 14; 6/25/2019]

**Related Pleadings**:

    A.    Order (INTERIM; WITH REVISIONS): (I) Authorizing the Debtors to Pay Prepetition Wages and Compensation; (II) Authorizing the Debtors to Continue Certain Employee Incentive and Expense Programs; (III) Authorizing the Debtors to Continue Certain Health and Insurance Benefit Programs; (IV) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (V) Granting Other Related Relief [D.I. 56; 6/26/2019]

    B.    Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C.    Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D.    Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Pay Prepetition Wages and Compensation; (II) Authorizing the Debtors to Continue Certain Employee Incentive and Expense Programs; (III) Authorizing the Debtors to Continue Certain Health and Insurance Benefit Programs; (IV) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (V) Granting Other Related Relief [D.I. 120; 7/19/2019]

    E.    Amended Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Pay Prepetition Wages and Compensation; (II) Authorizing the Debtors to Continue Certain Employee Incentive and Expense Programs; (III) Authorizing the Debtors to Continue Certain Health and Insurance Benefit Programs; (IV) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (V) Granting Other Related Relief [D.I. 125; 7/19/2019]

**Objection Deadline**: July 18, 2019 at 5:00 p.m.

**Responses Received**: Informal comments received from the United States Trustee.

**Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

8.    Motion of Debtors for Interim and Final Orders Authorizing Payment of Certain Prepetition Trade Claims in the Ordinary Course of Business [D.I. 15; 6/25/2019]

    **Related Pleadings**:

    A.    Order (INTERIM) Authorizing Payment of Certain Prepetition Trade Claims in the Ordinary Course of Business [D.I. 60; 6/26/2019]

    B.    Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

    C.    Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

    D.    Certification of Counsel Regarding Final Order Authorizing Payment of Certain Prepetition Trade Claims in the Ordinary Course of Business [D.I. 124; 7/19/2019]

    E.    Amended Certification of Counsel Regarding Final Order Authorizing Payment of Certain Prepetition Trade Claims in the Ordinary Course of Business [D.I. 129; 7/19/2019]

**Objection Deadline**: July 18, 2019 at 5:00 p.m.

**Responses Received**: Informal comments received from the United States Trustee.

**Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The

        Debtors request entry of the order attached to the certification of counsel.

9. Motion of Debtors for Interim and Final Orders: (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 16; 6/25/2019]

  **Related Pleadings**:

  A. Order (INTERIM) (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 61; 6/26/2019]

  B. Omnibus Notice of Final Hearing on First Day Motions [D.I. 70; 6/27/2019]

  C. Amended Omnibus Notice of Final Hearing on First Day Motions [D.I. 71; 6/27/2019]

  D. Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 130; 7/19/2019]

  **Objection Deadline**: July 18, 2019 at 5:00 p.m.

  **Responses Received**:

  i. Objection to Debtors' Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief, Filed by Texas Taxing Jurisdictions [D.I. 77; 7/1/2019]

  ii Notice of Withdrawal of Debtors' Interim Order (I) Authorizing the Debtors to Obtain Senior Secured

          Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief, Filed by Texas Taxing Jurisdictions [D.I. 115; 7/18/2019]

     **Status**: All objections and comments has been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

10. Application/Motion to Employ/Retain Professionals as Used in the Ordinary Course of Business [D.I. 83; 7/3/2019]

    **Related Pleadings**:

    A. Certification of Counsel Regarding Order Granting Authority to Employ Professionals Used in the Ordinary Course of Business [D.I. 135; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**: Informal comments received from the United States Trustee.

    **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

11. Application/Motion to Employ/Retain Fox Rothschild LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date [D.I. 84; 7/3/2019]

    **Related Pleadings**:

    A. Certification of Counsel Regarding Order Granting Debtors' Application for Authority to Employ and Retain Fox Rothschild LLP as Co-Counsel for the Debtors Nunc Pro Tunc [D.I. 134; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**: Informal comments received from the United States Trustee.

       **Status**:    All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

12. Application/Motion to Employ/Retain White & Case LLP as Attorneys to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 85; 7/3/2019]

    **Related Pleadings**:

    A. Supplemental Declaration of David M. Turetsky [D.I. 119; 7/19/2019]

    B. Certification of Counsel Regarding Order Authorizing the Employment and Retention of White & Case LLP as Attorneys to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 136; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**: Informal comments received from the United States Trustee.

    **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

13. Application/Motion to Employ/Retain Conway Mackenzie, Inc. as Restructuring Advisor to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 86; 7/3/2019]

    **Related Pleadings**:

    A. Certification of Counsel Regarding Order Authorizing the Employment and Retention of Conway Mackenzie, Inc. as Restructuring Advisor to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 137; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**: Informal comments received from the United States Trustee.

    **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

14. Application/Motion to Employ/Retain Moelis & Company LLC as Financial Advisor and Investment Banker to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 87; 7/3/2019]

    **Related Pleadings**:

    A. Certification of Counsel Regarding Order Authorizing the Employment and Retention of Moelis & Company LLC as Financial Advisor and Investment Banker to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 138; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**: Informal comments received from the United States Trustee.

    **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

15. Application/Motion to Employ/Retain Epiq Corporate Restructuring, LLC as Administrative Advisor to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 88; 7/3/2019]

    **Related Pleadings**:

    A. Debtors' Application for an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [D.I. 3; 6/24/2019]

    B. Amended Exhibit C to Debtors' Application for an Order Appointing Epiq Corporate Restructuring, LLC As Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [D.I. 7; 6/25/2019]

    C. Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [D.I. 54; 6/26/2019]

    D. Certification of Counsel Regarding Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 139; 7/19/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

> **Responses Received**: Informal comments received from the United States Trustee.
>
> **Status**: All comments have been resolved. A revised Proposed Order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

## II. MATTERS GOING FORWARD

16. Motion of Debtors for Entry of Interim and Final Orders: (I) Waiving Creditor Matrix Requirements; (II) Authorizing Debtors to Redact Certain Personal Identification Information for Individual Creditors; and (III) Granting Related Relief [D.I. 4; 6/25/2019]

    **Related Pleadings**:

    A. Notice of Filing of Creditor Matrix [D.I. 8; 6/25/2019]

    B. Order (INTERIM) (I) Waiving Creditor Matrix Requirements; (II) Authorizing Debtors to Redact Certain Personal Identification Information for Individual Creditors; and (III) Granting Related Relief [D.I. 55; 6/26/2019]

    **Objection Deadline**: July 18, 2019 at 5:00 p.m.

    **Responses Received**:

    i. Objection United States Trustee's Objection to Motion of the Debtors for Entry of Interim and Final Orders: ) (I) Waiving Creditor Matrix Requirements; (II) Authorizing Debtors to Redact Certain Personal Identification Information for Individual Creditors; and (III) Granting Related Relief [D.I. 110; 7/16/2019]

    **Status**: The Debtors will continue to attempt to resolve the United States Trustee's objection. This matter is going forward.

17. Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 20; 6/25/2019]

    **Related Pleadings**:

    A. Motion of Debtors for Entry of an Order (I) Scheduling, and Shortening Notice of, A Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan, (II) Approving Form and Manner of Notice of (A ) Combined Hearing and (B) Commencement of Chapter 11 Cases, (III) Establishing Procedures for Objecting to (A)

        Disclosure Statement or (B) Prepackaged Plan, (IV) Approving Prepetition Solicitation Procedures, (V) Conditionally Directing the United States Trustee Not to Convene a Section 341 Meeting of Creditors, (VI) Conditionally Extending Deadline to File Schedules and Statements, and (VII) Granting Related Relief [D.I. 17; 6/25/2019]

B.    Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and its Affiliated Debtors [D.I. 18; 6/25/2019]

C.    Order (I) Scheduling, and Shortening Notice of, A Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan, (II) Approving Form and Manner of Notice of (A ) Combined Hearing and (B) Commencement of Chapter 11 Cases, (III) Establishing Procedures for Objecting to (A) Disclosure Statement or (B) Prepackaged Plan, (IV) Approving Prepetition Solicitation Procedures, (V) Conditionally Directing the United States Trustee Not to Convene a Section 341 Meeting of Creditors, (VI) Conditionally Extending Deadline to File Schedules and Statements, and (VII) Granting Related Relief [D.I. 66; 6/25/2019]

D.    Plan Supplement/Notice of Filing of Plan Supplement In Connection with Joint Prepackaged Chapter 11 Plan Of Reorganization of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 92; 7/8/2019]

E.    Notice of Certificate/Affidavit of Publication of Notice of Commencement of Prepackaged Chapter 11 Bankruptcy Cases and Combined Hearing on Disclosure Statement and Confirmation of Joint Prepackaged Chapter 11 Plan [D.I. 98; 7/11/2019]

F.    Certification of Ballots [D.I. 118; 7/18/2019]

G.    Amended Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 141; 7/22/2019]

H.    Notice of Filing of Redline Version of Amended Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 142; 7/22/2019]

I.    Notice of Filing of Amended Plan Supplement in Connect with Joint Prepackaged Chapter 11 Plan of Reorganization of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 143; 7/22/2019]

J.    Amended Exhibit(s) B [D.I. 144; 7/22/2019]

K.    Debtors' Memorandum of Law in Support of (I) Approval of Debtors' Disclosure Statement; (II) Final Approval of Solicitation Procedures; and

      (III) Confirmation of Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 145; 7/22/2019]

L.      Declaration of John Regan in Support of the Debtors' Request for (I) Approval of Debtors' Disclosure Statement; (II) Final Approval of Solicitation Procedures; and (III) Confirmation of Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 146; 7/22/2019]

M.      Declaration of Barak Klein in Support of Confirmation of the Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 147; 7/22/2019]

N.      Declaration of Erik M. Graber in Support of Debtors' Request for of (I) Approval of Debtors' Disclosure Statement; (II) Final Approval of Solicitation Procedures; and (III) Confirmation of Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 148; 7/22/2019]

O.      Notice of Proposed Confirmation Order in Connection with Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors  [D.I. 149; 7/22/2019]

P.      Statement of the First Lien Steering Committee in Support of Confirmation of the Debtors' Request for (I) Approval of Debtors' Disclosure Statement, (II) Final Approval of Solicitation Procedures, and (III) Confirmation of Amended Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors [D.I. 150; 7/23/2019]

**Objection Deadline**:  July 18, 2019 at 5:00 p.m.

**Responses Received**:

    i.      Objection To The Debtors' Joint Prepackaged Chapter 11 Plan of Joerns WoundCo Holdings, Inc. and Its Affiliated Debtors, Filed by Texas Taxing Jurisdiction [D.I. 78; 7/1/2019]

    ii.      Limited Objection and Notice of Secured Lien Filed by Broward County [D.I. 94; 7/9/2019]

    iii.      Objection to Confirmation of Plan Filed by Travis County [D.I. 113; 7/16/2019]

    iv.      Objection to Confirmation of Plan Filed by Louisiana Department of Revenue [D.I. 117; 7/18/2019]

**<u>Status</u>**:	The Debtors believe that all of the responses to confirmation of the Plan, including formal objections, have been consensually resolved through the modification of the Plan or the addition of language to the Proposed Confirmation Order. This matter is going forward.

**<u>Status</u>**:	The Debtors believe that all of the responses to confirmation of the Plan, including formal objections, have been consensually resolved through the modification of the Plan or the addition of language to the Proposed Confirmation Order. This matter is going forward.

Dated: June 23, 2019 Respectfully submitted,

        FOX ROTHSCHILD LLP
        */s/ Jeffrey M. Schlerf*
        Jeffrey M. Schlerf (No. 3047)
        Courtney Emerson (No. 6229)
        Katelyn M. Crawford (No. 6591)
        919 North Market Street
        Suite 300
        Wilmington, DE 19801
        (302) 654-7444
        jschlerf@foxrothschild.com
        cemerson@foxrothschild.com
        kcrawford@foxrothschild.com


        David Turetsky (admitted *pro hac vice*)
        Philip A. Abelson (admitted *pro hac vice*
        Richard Graham (admitted *pro hac vice*)
        John Ramirez (admitted *pro hac vice*)
        WHITE & CASE LLP
        1221 Avenue of the Americas
        New York, NY 10020
        (212) 819-8200
        david.turetsky@whitecase.com
        philip.abelson@whitecase.com
        rgraham@whitecase.com
        john.ramirez@whitecase.com


        Fan B. He (admitted *pro hac vice*)
        WHITE & CASE LLP
        200 South Biscayne Boulevard
        Miami, FL 33131
        (305) 371-2700
        fhe@whitecase.com


        *Proposed Counsel to Debtors and*
        *Debtors-in-Possession*